UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TANJANECA DIXON,

       Plaintiff,

v.

**JUDGMENT**

No. 5:10-CV-145-FL

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2010, that defendant's motion to remand is granted and this matter is remanded to the Social Security Administration pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) for further administrative proceedings with respect to plaintiff's claim of disability.

**This Judgment Filed and Entered on November 1, 2010, and Copies To:**

George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


November 1, 2010                DENNIS P. IAVARONE, CLERK
                                     /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk