IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-145-FL

| | |
|---|---|
| TANJANECA DIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CONSENT ORDER FOR PAYMENT OF |
| ) | FEES AND COSTS PURSUANT TO THE |
| MICHAEL J. ASTRUE, ) | EQUAL ACCESS TO JUSTICE ACT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter being submitted to the Court for entry of a Consent Order agreed to by the parties, and it appearing that Plaintiff, by and through her undersigned counsel, has executed this Consent Order, and Defendant has executed this Consent Order, by and through the undersigned Special Assistant United States Attorney; and it appearing that the parties have agreed to an award to the Plaintiff of $4,500.00 for attorney fees in full and final settlement of all claims arising from the above captioned case pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d):

It is therefore ORDERED, this 9th day of February, 2011, that the Plaintiff shall be, and hereby is, awarded the sum of $4,500.00 for attorney fees in full satisfaction of any and all claims against the Defendant arising under the EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, the Defendant shall be discharged from any further liability for fees, costs, or expenses up until this point in time. If this award is subject to offset under the Treasury Offset Program or Astrue v. Ratliff, 130 S. Ct. 2521 (2010), the award shall be made payable to Plaintiff and sent to the Law Offices of Goodson & Piemonte, P.C. If the payment is not subject to any

such offset and a valid assignment is provided to the Defendant, the payment shall be made payable and sent directly to the Plaintiff's counsel.

JUDGE LOUISE W. FLANAGAN
CHIEF UNITED STATES DISTRICT JUDGE

CONSENTED TO:

/s/ George C. Piemonte
GEORGE C. PIEMONTE, N.C. Bar No. 14420
Law Offices of Goodson & Piemonte, P.C.
P.O. Box 35341
Charlotte, North Carolina 28235
Telephone: (704) 331-8014
Facsimile: (704) 331-8017
Email: gpiemonte@pgoodsonlaw.com
Counsel for Plaintiff
(signed by Thomas M. Nanni with the permission of George C. Piemonte)

AND

GEORGE E.B. HOLDING
United States Attorney

BY: /s/ Thomas M. Nanni
THOMAS M. NANNI
Attorney for Defendant, Maryland Bar
Special Assistant United States Attorney
SSA - Office of the General Counsel
Altmeyer Building, Room 617
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: 410-965-9298
Facsimile: 410-597-0137
Email: Thomas.Nanni@ssa.gov

2