IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-145-FL

| | |
|---|---|
| Tanjaneca G. Dixon | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER ON BILL OF COSTS** |
| | ) |
| Michael J. Astrue, *Commissioner of Social Security* | ) |
| Defendant | ) |

This matter comes before the undersigned on the Plaintiff Tanjaneca G. Dixon's Bill of Costs. The Plaintiff requests a total of Three Hundred Fifty Dollars ($350.00) to be taxed against Defendant, Michael J. Astrue.. Defendant did not file a response to the Plaintiff's Bill of Cost and the matter is ripe for determination.

Plaintiff, Tanjaneca G. Dixon seeks Three Hundred Fifty Dollars ($350.00) for the filing fee. Section 28 U.S.C. §1920(1) provides that the Clerk of Court may tax fees of the clerk. Therefore, Plaintiff's request for costs in the amount of Three Hundred Fifty Dollars ($350.00) for the filing fee is allowed..

This the 8th day of April, 2011.

Dennis P. Iavarone
Clerk of Court